Certificate Number: 05781-AK-DE-041450051

Bankruptcy Case Number: 26-00161

05781-AK-DE-041450051

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2026, at 10:08 o'clock PM PDT, Katherine Terp Manoff completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Alaska.

Date: September 15, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President